```
 1  JOSEPH SCHLESINGER Bar #87692
    ACTING Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MATTHEW SEAN ROBERTS
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-061 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING CASE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| MATTHEW SEAN ROBERTS | ) | Date:  March 15, 2013 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr |
| | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Segal, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant MATTHEW SEAN ROBERTS, that the above matter be dropped from this court's calendar for March 15, 2013, at the request of the defense and be continued until April 26, 2013, for status conference.  The time requested is needed to confer with Mr. Roberts about terms of a plea offer extended by the government and to obtain from the government documentation of certain guideline affecting assertions contained in the offer as well as to discuss additional terms in the offer. Counsel have conferred about their respective schedules in requesting the April 26 date.

**IT IS FURTHER STIPULATED** that the time from March 15, 2013, through April 26, 2013, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4.

**IT IS SO STIPULATED.**

Date: March 14, 2013          Benjamin B. Wagner
                              United States Attorney

                              */S/Matthew Segal*
                              By:  MATTHEW SEGAL
                              Assistant United States Attorney
                              Counsel for Plaintiff

Date: March 14, 2013          */S/ Jeffrey L. Staniels*
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              MATTHEW SEAN ROBERTS

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for March 15, 2013, and is ordered to be re-calendared for April 26, 2013, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from March 15, 2013,

Stip & Order Continuing Case
and Excluding Time          2

through April 26, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated:  March 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip & Order Continuing Case
and Excluding Time                3