JOSEPH SCHLESINGER Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MATTHEW SEAN ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-061 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| MATTHEW SEAN ROBERTS, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Segal, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant MATTHEW SEAN ROBERTS, that the above matter be dropped from this court's calendar for April 26, 2013, at the request of the defense and be continued until June 21, 2013, for status conference. This continuance is requested in order to permit further client consultation and other defense preparation. The request also accounts for the anticipated change of counsel (requested by a contemporaneously filed motion for substitution of counsel) due to the impending retirement of current defense counsel.

**IT IS FURTHER STIPULATED** that the time from April 26, 2013, through June 21, 2013, be excluded from computation of time within

which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4.  (Defense preparation and continuity of counsel)

**IT IS SO STIPULATED**.

Date: April 24, 2013              Benjamin B. Wagner
                                  United States Attorney

                                  /S/ Matthew Segal
                                  By:  Matthew Segal
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Date: April 24, 2013              /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MATTHEW SEAN ROBERTS

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for April 26, 2013, and is ordered to be re-calendared for June 21, 2013, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from April 26, 2013, through June 21, 2013, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED**.

Dated:  April 24, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip & Order Continuing Case
and Excluding Time              2

Stip & Order Continuing Case
and Excluding Time                3