MICHAEL J. AYE (SBN 96288)
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2282
(916) 447-1278

Attorney for Defendant
MATTHEW SEAN ROBERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   ) No. 2:13-cr-061 GEB
                            )
            Plaintiff,      )
                            ) STIPULATION AND ORDER FOR
     v.                     ) MODIFICATION OF CONDITIONS OF PRE-
                            ) TRIAL RELEASE
MATTHEW SEAN ROBERTS,       )
                            )
            Defendant.      )
                            )
_____)

The parties stipulate and agree that the court modify the conditions of Mr. Roberts pre-trial release by deleting the condition that Mr. Roberts have monitoring by the wearing of a GPS device. Pretrial services is in agreement with this modification and have provided counsel with a list of the amended conditions, as set forth herein, for the court to adopt.

Dated: July 8, 2013


                                    _____/S/_____
                                    Michael J. Aye, Attorney for
                                    Defendant, Matthew Sean Roberts


                                    _____/S/_____
                                    Matthew Segal
                                    Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE APPEARING, it is hereby ordered that conditions of pretrial release are modified to remove the condition that defendant Matthew Sean Roberts be monitored on supervised release by GPS device and the Court adopts that following Amended Special Conditions of Release:

**AMENDED SPECIAL CONDITIONS OF RELEASE**

RE:   Roberts, Matthew Sean
Doc.    No. 2:13-CR-00061-GEB
Date:  July 5, 2013

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, other dangerous weapon, or toy gun/replica of a firearm; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall seek and/or maintain verifiable employment or schooling, and provide proof of same as requested by your pretrial services officer;

8. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

10. You shall refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription

by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

11. You shall not possess any apparel with law enforcement indicia.

Dated: July 8, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3