

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW ROBERTS,<br><br>Defendant. | Case No. 2:13-cr-00061-GEB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MATTHEW ROBERTS , Case No. 2:13-cr-00061-GEB  from custody for the following reasons:

    **X**   Release on bond conditions previously imposed

    \_\_\_\_\_   Bail Posted in the Sum of $ _____

    \_\_\_\_\_   Unsecured Appearance Bond $ _____

    \_\_\_\_\_   Appearance Bond with 10% Deposit

    \_\_\_\_\_   Appearance Bond with Surety

    \_\_\_\_\_   Corporate Surety Bail Bond

    **X**   (Other):  Additional Pretrial conditions

Issued at Sacramento, California on October 4, 2013.

By: _(signed)_

Magistrate Judge Carolyn K. Delaney