KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
MATTHEW ROBERTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  No. 13-CR-061-GEB |
| | ) |
| Plaintiff, | )  STIPULATION AND |
| | )  [PROPOSED] ORDER CONTINUING CASE |
| | )  AND EXCLUDING TIME |
| v. | ) |
| | ) |
| MATTHEW ROBERTS. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

_____

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Segal, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant MATTHEW ROBERTS that the previously-scheduled status conference, currently set for November 1, 2013, be vacated and that the matter be set for status conference on November 22, 2013 at 9:00 a.m.

This continuance is requested to allow defense counsel additional time to further review the discovery, analyze the forensic evidence and the loss amounts in this matter.  In addition defense counsel has been involved in the case for a little over a month.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that

time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, October 24, 2013 up to and including November 22, 2103.

IT IS SO STIPULATED.

Dated:  October 24, 2103

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

by:     /s/ Kyle Knapp for
MATTHEW SEGAL
Assistant U.S. Attorney
Attorney for Plaintiff

Dated:  October 24, 2013

/s/ Kyle Knapp
KYLE KNAPP
Attorney for Defendant
MATTHEW ROBERTS

**ORDER**

    The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's November 1, 2013 criminal calendar and re-calendared for status conference on November 22, 2013.

    Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on October 24, 2013 through and including November 22, 2013.

    **IT IS SO ORDERED**.
Dated:  October 29, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge