BENJAMIN B. WAGNER
United States Attorney
MATT D. SEGAL
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW ROBERTS,<br><br>　　　　Defendant. | 2:13-CR-00061-CKD<br><br>PRELIMINARY ORDER OF FORFEITURE |

　　　Based upon the entry of plea and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Matthew Roberts, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

　　　1.　　Pursuant to 18 U.S.C. § 2323(b), defendant Matthew Roberts' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

　　　　　a)　Apple 1Phone, black, model A1332;
　　　　　b)　CPU, Asus CG series, no serial number;
　　　　　c)　MacBook Pro, model A1278, s/n C1MGTSKZDV13 with power cord;
　　　　　d)　Wireless keyboard;
　　　　　e)　MAC monitor, s/n CY6260YZUG1 with power cord;
　　　　　f)　MAC monitor, s/n CY91103CXMP with power cord;
　　　　　g)　Printer, Canon MX420, s/n 36426;

1

        h)     CD labeler;
        i)     CD labeled Microsoft Windows 7 Ultimate;
        j)     Optical disc labeled "Adobe 5";
        k)     Spindle of optical disks;
        l)     CD and Microsoft certificate of authenticity labels;
        m)     Adobe and Windows labels;
        n)     3 DVD R's labeled "Adobe master CS 5", "CSS Mac", and "Windows 7"; and
        o)     7 loose optical disks, 3 empty cases, and 1 optical disk in QuickBooks case.

2.     The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 18 U.S.C. § 2319 (b)(3).

3.     Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.     a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///
///
///
///

2

Preliminary Order of Forfeiture

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

SO ORDERED

Dated: March 26, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE