KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
MATTHEW ROBERTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MATTHEW ROBERTS.<br><br>　　　　Defendant. | No. 13-CR-061-CKD<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING CASE<br>AND EXCLUDING TIME<br><br>Date:  June 5, 2014<br>Time:  9:30am.<br>Judge:  Carolyn K. Delaney |

　　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Segal, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant MATTHEW ROBERTS that the previously-scheduled sentencing hearing, currently set for May 1, 2014, be vacated and that the matter be set for judgment and sentencing on June 5, 2014 at 9:30 am.

　　　　This continuance is requested to allow defense counsel and the defendant additional time

//

//

//

1

to present mitigation evidence to probation and the Court.

IT IS SO STIPULATED.

Dated:  April 28, 2014                                              BENJAMIN B. WAGNER
                                                                                  UNITED STATES ATTORNEY

                                                           by:      /s/ Kyle Knapp for
                                                                                  MATTHEW SEGAL
                                                                                  Assistant U.S. Attorney
                                                                                  Attorney for Plaintiff

Dated:  April 28, 2104                                              /s/ Kyle Knapp
                                                                                  KYLE KNAPP
                                                                                  Attorney for Defendant
                                                                                  MATTHEW ROBERTS

**[PROPOSED] ORDER**

  The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's May 1, 2014 criminal calendar and re-calendared for sentencing on June 5, 2014.

  **IT IS SO ORDERED**.

Dated:  April 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE