KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
MATTHEW ROBERTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW ROBERTS.<br><br>Defendant. | No. 13-CR-061-CKD<br><br>UNOPPOSED MOTION TO CONTINUE SENTENCING AND [PROPOSED] ORDER<br><br>Date:   June 5, 2014<br>Time:  9:30am.<br>Judge: Carolyn K. Delaney |

Defendant MATTHEW ROBERTS, by and through counsel, Kyle Knapp, hereby moves that his sentencing hearing currently set for June 5, 2014 be continued to July 17, 2014.

This will afford defense counsel and the defendant additional time to research and develop the psychological background of Mr. Roberts.  Mr. Roberts is currently involved in the psychological intake/evaluation process with Kaiser Healthcare and additional time is needed to document his progress and diagnoses.  Securing records and dealing with the monolith that is Kaiser has been exceedingly difficult.   If additional resources are needed to fully develop mitigation on that front, counsel will seek a private doctor to do the analysis.

1

1  I have informed Assistant United States Attorney, Matthew Segal, of the situation and he
2  does not oppose to a continuance to July 17, 2014.
3  Accordingly, Mr. Roberts hereby moves that his sentencing hearing currently set for June
4  5, 2014 at 9:30 be vacated and the matter continued to July 17, 2014 at 9:30.
5  Respectfully submitted this 3rd day of June 2014.
6  /s/ Kyle Knapp
7  KYLE KNAPP
8  Attorney for Defendant
9  MATTHEW ROBERTS

**[PROPOSED] ORDER**

Upon motion of the defendant, the requested continuance is GRANTED. This matter shall be dropped from this court's June 5, 2014 criminal calendar and re-calendared for sentencing on July 17, 2014 at 9:30 am.

**IT IS SO ORDERED**.

Dated: June 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE