UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 17, 2014

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MATTHEW ROBERTS,

Defendant.

Case No.  2:13-cr-00061-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release   MATTHEW ROBERTS ,

Case No.  2:13-cr-00061-CKD from custody subject to the conditions contained in

the attached Notice to Defendant Being Released and for the following reasons:

X    Released pursuant to terms set forth during sentencing

_____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other):

This release order is not effective until the date defendant has signed and

understands the attached Notice to Defendant Being Released.

Issued at Sacramento, California on July 17, 2014 at 9:45 A.M.

By: _Carylit Peliciy_____

Magistrate Judge Carolyn K. Delaney