BENJAMIN B. WAGNER
United States Attorney
MATT D. SEGAL
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW ROBERTS,<br><br>　　　　Defendant. | 2:13-CR-00061-CKD<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on March 26, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Matthew Roberts in the following property:

　　　a)　Apple 1Phone, black, model A1332;
　　　b)　CPU, Asus CG series, no serial number;
　　　c)　MacBook Pro, model A1278, s/n C1MGTSKZDV13 with power cord;
　　　d)　Wireless keyboard;
　　　e)　MAC monitor, s/n CY6260YZUG1 with power cord;
　　　f)　MAC monitor, s/n CY91103CXMP with power cord;
　　　g)　Printer, Canon MX420, s/n 36426;
　　　h)　CD labeler;
　　　i)　CD labeled Microsoft Windows 7 Ultimate;
　　　j)　Optical disc labeled "Adobe 5";
　　　k)　Spindle of optical disks;
　　　l)　CD and Microsoft certificate of authenticity labels;
　　　m)　Adobe and Windows labels;
　　　n)　3 DVD R's labeled "Adobe master CS 5", "CSS Mac", and "Windows 7"; and
　　　o)　7 loose optical disks, 3 empty cases, and 1 optical disk in QuickBooks case.

1

AND WHEREAS, beginning on March 28, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), to be disposed of according to law, including all right, title, and interest of Matthew Roberts.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshal Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED

Dated: August 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2

Final Order of Forfeiture