KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
MATTHEW ROBERTS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW ROBERTS.<br><br>Defendant. | No. 13-CR-061-CKD<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING<br>HEARING<br><br>Date: March 19, 2015<br>Time: 9:30am.<br>Judge: Carolyn K. Delaney |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Matthew Yelovich, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant MATTHEW ROBERTS that the previously-scheduled Admit or Deny hearing, currently set for March 12, 2015, be vacated and that the matter be set for said hearing on March 19, 2015 at 9:30 am.

　　　This continuance is requested because defense counsel is engaged in a Placer County jury trial that is in session on March 12, 2015. The one week continuance is requested as it is believed that the assigned probation officer is unavailable the following day.

//

1

IT IS SO STIPULATED.

Dated:  March 11, 2015                                        BENJAMIN B. WAGNER
                                                              UNITED STATES ATTORNEY

                                                       by:    /s/ Kyle Knapp for
                                                              MATTHEW YELOVICH
                                                              Assistant U.S. Attorney
                                                              Attorney for Plaintiff

Dated: March 11, 2015                                         /s/ Kyle Knapp
                                                              KYLE KNAPP
                                                              Attorney for Defendant
                                                              MATTHEW ROBERTS

## [~~PROPOSED~~] ORDER

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's March 12, 2015 criminal calendar and re-calendared for an Admit or Deny Hearing on March 19, 2015.

**IT IS SO ORDERED**.

Dated:  March 11, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE